UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KARL DICKERSON,

                                        Plaintiff,                    1:05-CV-0154
                                                                      (GLS)(RFT)
            v.

DENNIS LEONARD, Albany Police Officer; SETH POWELL,
Albany Police Officer; MICHAEL SBUTTONI, SR., Albany
Police Officer; WILLIAM VANAMBURGH, Albany Police Officer,

                                        Defendants.

APPEARANCES:

KARL DICKERSON
Plaintiff, *pro se*

GARY L. SHARPE, DISTRICT JUDGE

### ORDER

By prior Decision and Order of this Court, plaintiff Karl Dickerson was directed to

submit an amended complaint which complies with the pleading requirements of Rules

8 and 10 of the Federal Rules of Civil Procedure and the terms of the Court's Order, if

he wished to avoid dismissal of this action.  Dkt. No. 3 at 3.

Plaintiff's amended complaint is before this Court for review.  Dkt. No. 4.  In his

amended complaint, plaintiff sets forth a short and plain statement of his claims arising

out of an incident on April 8, 2003, when plaintiff was allegedly assaulted by the

defendants.  Because plaintiff's amended complaint substantially complies with the

Court's prior Order, it may properly be filed with the Court.

WHEREFORE, it is hereby

ORDERED, that the Clerk of the Court  issue summonses and forward them,

along with copies of the amended complaint, and a packet containing General Order 25,

which sets forth the Civil Case Management Plan used by the Northern District of New

York, to the United States Marshals Service for service upon the defendants, together with a copy of this Order.[1]  The Clerk of the Court shall also forward a copy of the summons and amended complaint to the Office of the City of Albany Corporation Counsel, together with a copy of this Order, and it is further

ORDERED, that a formal response to plaintiff's amended complaint be filed by the defendants or their counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on the defendants, and it is further

ORDERED, that **any paper sent by a party to the Court or the Clerk shall be accompanied by a certificate setting forth the date a true and correct copy of it was mailed to all opposing parties or their counsel.  Any letter or other document received by the Clerk or the Court which does not include a proper certificate of service is to be returned without processing.**  Plaintiff shall comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action, and it is further

ORDERED, that all motions must comply with the Local Rules of Practice of the Northern District of New York, and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order on plaintiff by regular mail.

IT IS SO ORDERED.

Dated:   September 1, 2005
         Albany, New York

Gary L. Sharpe
U.S. District Judge

---

[1]  Plaintiff was granted leave to proceed with this action *in forma pauperis*.  Dkt. No. 3.